# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
PATTY ANN JANKUS § Case No. 17-03992
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/10/2017. The undersigned trustee was appointed on 02/10/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    17,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4,696.32 |
   | Bank service fees | 21.30 |
   | Other payments to creditors | 1,422.57 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 11,359.81 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/08/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,500.00 , for a total compensation of $ 2,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 57.94 , for total expenses of $ 57.94 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2018         By:/s/Peter N. Metrou, Trustee
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-03992 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PATTY ANN JANKUS | | | | Date Filed (f) or Converted (c): | 02/10/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2017 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 08/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1951 WATERS EDGE DRIVE MINOOKA IL 60447-0000 GRUNDY | 145,000.00 | 145,000.00 | | 0.00 | FA |
| 2. 293 ESSEX WAY ESSEX IL 60935-0000 KANKAKEE | 27,900.00 | 27,900.00 | | 13,000.00 | FA |
| 3. 2015 NISSAN SENTRA VALUE VIA PURCHASE ON JANUARY 4, 2017 | 15,290.00 | 15,290.00 | | 0.00 | FA |
| 4. 2015 NISSAN ROGUE | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 5. MISC HOUSEHOLD GOODS AND FURNITURE LOCATED AT 1951 WATERS ED | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CELLULAR PHONE AND ELECTRONIC ITEMS | 500.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING OF DEBTOR | 250.00 | 0.00 | | 0.00 | FA |
| 8. FIRSTMIDWEST BANK | 100.00 | 0.00 | | 0.00 | FA |
| 9. FIRST MIDWEST BANK | 100.00 | 0.00 | | 0.00 | FA |
| 10. FIRST MIDWEST BANK (1ST GRANDCHILD ACCOUNT; JOINT ACCOUNT) | 150.00 | 0.00 | | 0.00 | FA |
| 11. FIRST MIDWEST BANK (2ND GRANDCHILD ACCOUNT; JOINT ACCOUNT) | 275.36 | 0.00 | | 0.00 | FA |
| 12. FIRST MIDWEST BANK (2ND GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 275.38 | 0.00 | | 0.00 | FA |
| 13. FIRST MIDWEST BANK (4TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 312.89 | 0.00 | | 0.00 | FA |
| 14. FIRST MIDWEST BANK (5TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 437.91 | 0.00 | | 0.00 | FA |
| 15. FIRST MIDWEST BANK (6TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 462.90 | 0.00 | | 0.00 | FA |
| 16. FIRST MIDWEST BANK (7TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 462.92 | 0.00 | | 0.00 | FA |
| 17. FIRST MIDWEST BANK | 300.00 | 0.00 | | 0.00 | FA |
| 18. STOCK IN METLIFE (MARKET VALUE LISTED AS OF DECEMBER 2016) | 2,062.71 | 0.00 | | 2,051.20 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-03992 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PATTY ANN JANKUS | | | | Date Filed (f) or Converted (c): | 02/10/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2017 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 08/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. ALLIANZ VISION | 58,254.59 | 0.00 | | 0.00 | FA |
| 20. FIRST AMERICAN INVESTMENT SERVICES, INC. | 33,565.57 | 0.00 | | 0.00 | FA |
| 21. METLIFE TERM LIFE INSURANCE POLICY TERM LIFE INSURANCE | 0.00 | 0.00 | | 2,448.80 | FA |
| 22. MASS MUTUAL ILLINOIS UNIVERSAL LIFE - SURRENDER VALUE LISTED | 3,110.35 | 0.00 | | 0.00 | FA |
| 23. 401(k) | 12,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $317,810.58 | $204,190.00 | | $17,500.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/3/17 Filed Motion to Ext 727. 5/31/17 filed Motion to Employ Real Estate Agent. 6/12/2017 7/6/17 sent letter to Debtor's counsel demanding turnover of stock and life insurance. 10/31/2017 filed motion to employ and pay. 11/7/2017 filed motion to sell and defer. 11/21/17 filed motion to settle. 12/18/17 filed report of sale. 1/24/18 sent TFR to UST.

Initial Projected Date of Final Report (TFR): 06/01/2018     Current Projected Date of Final Report (TFR): 06/01/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-03992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATTY ANN JANKUS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6007 |
| | Checking |
| Taxpayer ID No: XX-XXX8126 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | | Patty Jankus<br>5502 Highway 62 W<br>Pocahontis, AZ 72455 | Court Approved settlement Liquidation of Sch B Assets | | $4,500.00 | | $4,500.00 |
| | | | Gross Receipts  $4,500.00 | | | | |
| | 18 | | STOCK IN METLIFE (MARKET VALUE LISTED AS OF DECEMBER 2016)  $2,051.20 | 1129-000 | | | |
| | 21 | | METLIFE TERM LIFE INSURANCE POLICY TERM LIFE INSURANCE  $2,448.80 | 1129-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.00 |
| 12/18/17 | | First American Title Company<br>3492 Caton Farm Rd<br>Joliet, IL 60431 | Liquidation of Sale of Real Estate | | $6,881.11 | | $11,371.11 |
| | | | Gross Receipts  $13,000.00 | | | | |
| | | | Tax and Tax Credits  ($1,213.82) | 2500-000 | | | |
| | | | Owners Policy for Buyer  ($1,660.00) | 2500-000 | | | |
| | | | Real Estate Broker Commission  ($650.00) | 3510-000 | | | |
| | | | Real Estate Attorney Fee  ($400.00) | 3310-000 | | | |
| | | | Survey Credit  ($500.00) | 2500-000 | | | |
| | | | 2016 Tax Payment  ($1,422.57) | 4700-000 | | | |
| | | | Misc. Closing Costs  ($272.50) | 2500-000 | | | |
| | 2 | | 293 ESSEX WAY<br>ESSEX IL 60935-0000<br>KANKAKEE  $13,000.00 | 1110-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $11,381.11 | $10.00 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-03992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATTY ANN JANKUS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6007 |
| | Checking |
| Taxpayer ID No: XX-XXX8126 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.30 | $11,359.81 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $11,381.11 | $21.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,381.11 | $21.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,381.11 | $21.30 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6007 - Checking | $11,381.11 | $21.30 | $11,359.81 |
|  | $11,381.11 | $21.30 | $11,359.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $6,118.89 |
| Total Net Deposits: | $11,381.11 |
| Total Gross Receipts: | $17,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-03992  
Debtor Name: PATTY ANN JANKUS  
Claims Bar Date: 8/8/2017  

Date: January 31, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,500.00 | $2,500.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $57.94 | $57.94 |
| 100 2700 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $181.00 | $181.00 |
| 1 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $335.00 | $335.75 | $335.75 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $13,497.00 | $13,675.84 | $13,675.84 |
| 3 300 7100 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $471.00 | $508.12 | $508.12 |
| 4 300 7100 | PRESENCE HEALTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,664.73 | $1,664.73 |
| 5 300 7100 | PRESENCE HEALTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Unsecured<br>Payment Status:<br>Valid To Pay | | $167.47 | $75.00 | $75.00 |
| | Case Totals | | | $14,470.47 | $18,998.38 | $18,998.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-03992
Case Name: PATTY ANN JANKUS
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 11,359.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: Peter N. Metrou | $ 57.94 | $ 0.00 | $ 57.94 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 181.00 | $ 0.00 | $ 181.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,738.94 |
| Remaining Balance | $ 8,620.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,259.44 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 335.75 | $ 0.00 | $ 178.02 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 13,675.84 | $ 0.00 | $ 7,251.03 |
| 3 | CAPITAL ONE, N.A. | $ 508.12 | $ 0.00 | $ 269.41 |
| 4 | PRESENCE HEALTH | $ 1,664.73 | $ 0.00 | $ 882.65 |
| 5 | PRESENCE HEALTH | $ 75.00 | $ 0.00 | $ 39.76 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 8,620.87 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE