## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PATTY ANN JANKUS | § | Case No. 17-03992 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/09/2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2018 _____        By: /s/ Peter N. Metrou _____
                                                        Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **IN RE** | ) | **Chapter 7** | |
| | ) | | |
| **PATTY ANN JANKUS** | ) | **CASE NO. 17-03992** | |
| | ) | | |
| Debtor(s). | ) | **Hon. Pamela S. Hollis** | |

To:    See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of February, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

$\qquad$ */s/ Peter N. Metrou* $\qquad$
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Via First-Class Mail

Arkansas Methodist Medical
900 W. Kingshighway
Paragould, AR 72450-5942

Arkansas Methodist Medical
P.O. Box 1582
Memphis, TN 38101-1582

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Center For Neurological Diseases S.
2222 Weber Rd
Crest Hill, IL 60403-0928

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Comenity Bank/Carsons
Po Box 182125
Columbus, OH 43218-2125

Haveric Medical LTD
P.O. Box 621
Hinsdale, IL 60522-0621

Healthcare Associates Credit Union
1151 E Warrenville Road
Naperville, IL 60563-9415

HealthCare Associates Credit Union
1151 East Warrenville Road
Naperville, IL 60563-9415

Internal Revenue Service (IRS)
PO Box 7346
Philadelphia, PA 19101-7346

Joliet Radiological Service Corp
333 Madison St.
Joliet, IL 60435-8200

Joliet Radiological Service Corp
36910 Treasury Center
Chicago, IL 60694-6900

Kankakee County Treasurer
192 N. East Avenue
Kankakee, IL 60901-3800

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Morris Hopsital
150 West High Street
Morris, IL 60450-1497

Regions Mortgage
Bankruptcy
Po Box 18001
Hattiesburg, MS 39404-8001

Patty Ann Jankus
1951 Waters Edge Drive
Minooka, IL 60447-8269

Stephan Gregorowicz
Lynch Law Offices P.C.
1011 Warrenville Rd
Suite 150
Lisle, IL 60532-0930

Pnc Bank
Attn: Bankruptcy
249 5th Ave Ste 30
Pittsburgh, PA 15222-2707

Presence Health
1643 Lewis Avenue
Suite 203
Billings, MT 59102-4151

Presence Health
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Reflections at Waters Edge
2756 Canton Famr Rd
Joliet, IL 60435-1309

Via ECF

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| PATTY ANN JANKUS | § | Case No. 17-03992 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,500.00 |
| and approved disbursements of | $ | 6,140.19 |
| leaving a balance on hand of[1] | $ | 11,359.81 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: Peter N. Metrou | $ 57.94 | $ 0.00 | $ 57.94 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 181.00 | $ 0.00 | $ 181.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,738.94 |
| Remaining Balance | $ | 8,620.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,259.44  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 335.75 | $ 0.00 | $ 178.02 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 13,675.84 | $ 0.00 | $ 7,251.03 |
| 3 | CAPITAL ONE, N.A. | $ 508.12 | $ 0.00 | $ 269.41 |
| 4 | PRESENCE HEALTH | $ 1,664.73 | $ 0.00 | $ 882.65 |
| 5 | PRESENCE HEALTH | $ 75.00 | $ 0.00 | $ 39.76 |

Total to be paid to timely general unsecured creditors          $ 8,620.87

Remaining Balance          $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ Peter N. Metrou
             Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.