# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PATTY ANN JANKUS | § | Case No. 17-03992 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 162,661.71       Assets Exempt: 125,186.16
*(Without deducting any secured claims)*

Total Distributions to Claimants: 10,043.44     Claims Discharged
                     Without Payment: 192,746.64

Total Expenses of Administration: 7,456.56

---

  3) Total gross receipts of $ 17,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 162,942.00 | $ 1,422.57 | $ 1,422.57 | $ 1,422.57 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,456.56 | 7,456.56 | 7,456.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,200.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,436.54 | 16,259.44 | 16,259.44 | 8,620.87 |
| **TOTAL DISBURSEMENTS** | $ 199,578.54 | $ 25,138.57 | $ 25,138.57 | $ 17,500.00 |

  4)  This case was originally filed under chapter 7 on  02/10/2017 .  The case was pending for 14 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  04/04/2018                     By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 293 ESSEX WAY ESSEX IL 60935-0000 KANKAKEE | 1110-000 | 13,000.00 |
| METLIFE TERM LIFE INSURANCE POLICY TERM LIFE INSURANCE | 1129-000 | 2,448.80 |
| STOCK IN METLIFE (MARKET VALUE LISTED AS OF DECEMBER 2016) | 1129-000 | 2,051.20 |
| TOTAL GROSS RECEIPTS | | $17,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Healthcare Associates Credit Union, 1151 E Warrenville Road Naperville, IL 60563 | | 16,170.00 | NA | NA | 0.00 |
| | Kankakee County Treasurer, 192 N. East Avenue Kankakee, IL 60901 | | 0.00 | NA | NA | 0.00 |
| | Pnc Bank, Attn: Bankruptcy 249 5th Ave Ste 30 Pittsburgh, PA 15222 | | 22,688.00 | NA | NA | 0.00 |
| | Reflections at Waters Edge, 2756 Canton Famr Rd Joliet, IL 60435 | | 0.00 | NA | NA | 0.00 |
| | Regions Mortgage, Bankruptcy Po Box 18001 Hattiesburg, MS 39404 | | 124,084.00 | NA | NA | 0.00 |
| | First American Title Company | 4700-000 | NA | 1,422.57 | 1,422.57 | 1,422.57 |
| **TOTAL SECURED CLAIMS** | | | $ 162,942.00 | $ 1,422.57 | $ 1,422.57 | $ 1,422.57 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| Peter N. Metrou | 2200-000 | NA | 57.94 | 57.94 | 57.94 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First American Title Company | 2500-000 | NA | 3,646.32 | 3,646.32 | 3,646.32 |
| Associated Bank | 2600-000 | NA | 21.30 | 21.30 | 21.30 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| First American Title Company | 3310-000 | NA | 400.00 | 400.00 | 400.00 |
| First American Title Company | 3510-000 | NA | 650.00 | 650.00 | 650.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,456.56 | $ 7,456.56 | $ 7,456.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service (IRS), PO Box 7346 Philadelphia, PA 19101-7346 | | 1,200.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arkansas Methodist Medical, 900 W. Kingshighway Paragould, AR 72450 | | 420.68 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 11,912.00 | NA | NA | 0.00 |
| | Center For Neurological Diseases S., 2222 Weber Rd Crest Hill, IL 60403 | | 475.98 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 7,487.00 | NA | NA | 0.00 |
| | Haveric Medical LTD, P.O. Box 621 Hinsdale, IL 60522 | | 309.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet Radiological Service Corp, 36910 Treasury Center Chicago, IL 60694 | | 209.46 | NA | NA | 0.00 |
| | Morris Hopsital, 150 West High Street Morris, IL 60450 | | 151.30 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 13,497.00 | 13,675.84 | 13,675.84 | 7,251.03 |
| 3 | CAPITAL ONE, N.A. | 7100-000 | 471.00 | 508.12 | 508.12 | 269.41 |
| 4 | PRESENCE HEALTH | 7100-000 | NA | 1,664.73 | 1,664.73 | 882.65 |
| 5 | PRESENCE HEALTH | 7100-000 | 167.47 | 75.00 | 75.00 | 39.76 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 335.00 | 335.75 | 335.75 | 178.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 35,436.54 | $ 16,259.44 | $ 16,259.44 | $ 8,620.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-03992 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PATTY ANN JANKUS | | | | Date Filed (f) or Converted (c): | 02/10/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2017 |
| For Period Ending: | 04/04/2018 | | | | Claims Bar Date: | 08/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1951 WATERS EDGE DRIVE MINOOKA IL 60447-0000 GRUNDY | 145,000.00 | 145,000.00 | | 0.00 | FA |
| 2. 293 ESSEX WAY ESSEX IL 60935-0000 KANKAKEE | 27,900.00 | 27,900.00 | | 13,000.00 | FA |
| 3. 2015 NISSAN SENTRA VALUE VIA PURCHASE ON JANUARY 4, 2017 | 15,290.00 | 15,290.00 | | 0.00 | FA |
| 4. 2015 NISSAN ROGUE | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 5. MISC HOUSEHOLD GOODS AND FURNITURE LOCATED AT 1951 WATERS ED | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CELLULAR PHONE AND ELECTRONIC ITEMS | 500.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING OF DEBTOR | 250.00 | 0.00 | | 0.00 | FA |
| 8. FIRSTMIDWEST BANK | 100.00 | 0.00 | | 0.00 | FA |
| 9. FIRST MIDWEST BANK | 100.00 | 0.00 | | 0.00 | FA |
| 10. FIRST MIDWEST BANK (1ST GRANDCHILD ACCOUNT; JOINT ACCOUNT) | 150.00 | 0.00 | | 0.00 | FA |
| 11. FIRST MIDWEST BANK (2ND GRANDCHILD ACCOUNT; JOINT ACCOUNT) | 275.36 | 0.00 | | 0.00 | FA |
| 12. FIRST MIDWEST BANK (2ND GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 275.38 | 0.00 | | 0.00 | FA |
| 13. FIRST MIDWEST BANK (4TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 312.89 | 0.00 | | 0.00 | FA |
| 14. FIRST MIDWEST BANK (5TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 437.91 | 0.00 | | 0.00 | FA |
| 15. FIRST MIDWEST BANK (6TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 462.90 | 0.00 | | 0.00 | FA |
| 16. FIRST MIDWEST BANK (7TH GRANDCHILD ACCOUNT, JOINT ACCOUNT) | 462.92 | 0.00 | | 0.00 | FA |
| 17. FIRST MIDWEST BANK | 300.00 | 0.00 | | 0.00 | FA |
| 18. STOCK IN METLIFE (MARKET VALUE LISTED AS OF DECEMBER 2016) | 2,062.71 | 0.00 | | 2,051.20 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-03992 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PATTY ANN JANKUS | | | | Date Filed (f) or Converted (c): | 02/10/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2017 |
| For Period Ending: | 04/04/2018 | | | | Claims Bar Date: | 08/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. ALLIANZ VISION | 58,254.59 | 0.00 | | 0.00 | FA |
| 20. FIRST AMERICAN INVESTMENT SERVICES, INC. | 33,565.57 | 0.00 | | 0.00 | FA |
| 21. METLIFE TERM LIFE INSURANCE POLICY TERM LIFE INSURANCE | 0.00 | 0.00 | | 2,448.80 | FA |
| 22. MASS MUTUAL ILLINOIS UNIVERSAL LIFE - SURRENDER VALUE LISTED | 3,110.35 | 0.00 | | 0.00 | FA |
| 23. 401(k) | 12,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $317,810.58   $204,190.00        $17,500.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/3/17 Filed Motion to Ext 727. 5/31/17 filed Motion to Employ Real Estate Agent. 6/12/2017 7/6/17 sent letter to Debtor's counsel demanding turnover of stock and life insurance. 10/31/2017 filed motion to employ and pay. 11/7/2017 filed motion to sell and defer. 11/21/17 filed motion to settle. 12/18/17 filed report of sale. 1/24/18 sent TFR to UST.

Initial Projected Date of Final Report (TFR): 06/01/2018     Current Projected Date of Final Report (TFR): 06/01/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-03992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATTY ANN JANKUS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6007 |
| | Checking |
| Taxpayer ID No: XX-XXX8126 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | | Patty Jankus<br>5502 Highway 62 W<br>Pocahontis, AZ 72455 | Court Approved settlement Liquidation of Sch B Assets | | $4,500.00 | | $4,500.00 |
| | | | Gross Receipts          $4,500.00 | | | | |
| | 18 | | STOCK IN METLIFE (MARKET VALUE LISTED AS OF DECEMBER 2016)          $2,051.20 | 1129-000 | | | |
| | 21 | | METLIFE TERM LIFE INSURANCE POLICY TERM LIFE INSURANCE          $2,448.80 | 1129-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.00 |
| 12/18/17 | | First American Title Company<br>3492 Caton Farm Rd<br>Joliet, IL 60431 | Liquidation of Sale of Real Estate | | $6,881.11 | | $11,371.11 |
| | | | Gross Receipts          $13,000.00 | | | | |
| | | | Tax and Tax Credits     ($1,213.82) | 2500-000 | | | |
| | | | Owners Policy for Buyer  ($1,660.00) | 2500-000 | | | |
| | | | Real Estate Broker Commission          ($650.00) | 3510-000 | | | |
| | | | Real Estate Attorney Fee  ($400.00) | 3310-000 | | | |
| | | | Survey Credit             ($500.00) | 2500-000 | | | |
| | | | 2016 Tax Payment       ($1,422.57) | 4700-000 | | | |
| | | | Misc. Closing Costs       ($272.50) | 2500-000 | | | |
| | 2 | | 293 ESSEX WAY<br>ESSEX IL 60935-0000<br>KANKAKEE          $13,000.00 | 1110-000 | | | |

| | | Page Subtotals: | | | $11,381.11 | $10.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-03992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATTY ANN JANKUS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6007 |
| | Checking |
| Taxpayer ID No: XX-XXX8126 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.30 | $11,359.81 |
| 03/12/18 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $2,557.94 | $8,801.87 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($2,500.00)<br>2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($57.94)<br>2200-000 | | | |
| 03/12/18 | 1002 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $181.00 | $8,620.87 |
| 03/12/18 | 1003 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 1 representing a payment of 53.02 % per court order. | 7100-000 | | $178.02 | $8,442.85 |
| 03/12/18 | 1004 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 2 representing a payment of 53.02 % per court order. | 7100-000 | | $7,251.03 | $1,191.82 |
| 03/12/18 | 1005 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 3 representing a payment of 53.02 % per court order. | 7100-000 | | $269.41 | $922.41 |
| 03/12/18 | 1006 | PRESENCE HEALTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 4 representing a payment of 53.02 % per court order. | 7100-000 | | $882.65 | $39.76 |
| 03/12/18 | 1007 | PRESENCE HEALTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 5 representing a payment of 53.03 % per court order. | 7100-000 | | $39.76 | $0.00 |

Page Subtotals: $0.00  $11,371.11

UST Form 101-7-TDR (10/1/2010) (Page: 11)

|  | | |
|---|---|---|
| COLUMN TOTALS | $11,381.11 | $11,381.11 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,381.11 | $11,381.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,381.11 | $11,381.11 |

Exhibit 9

Page Subtotals:  $0.00  $0.00

Exhibit 9

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6007 - Checking | $11,381.11 | $11,381.11 | $0.00 |
|  | $11,381.11 | $11,381.11 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $6,118.89 |
| Total Net Deposits: | $11,381.11 |
| Total Gross Receipts: | $17,500.00 |

Page Subtotals:    $0.00    $0.00